# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA MARTINEZ DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:20-cv-00341-GSA<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT REQUEST |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's letter brief requesting remand. Counsel requests this extension of time because additional time is needed to ascertain whether additional briefing is necessary. In addition counsel was recently on unanticipated medical leave.

With this extension:

- Defendant shall respond to Plaintiff's letter brief on or before January 27, 2021;

- If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief within 30 days of her receipt of Defendant's response to her letter (on or before February 26, 2021);

- Defendant shall serve and file a responsive brief within 30 days (on or before March 28, 2021); and

- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before April 12, 2021).

Respectfully submitted,

Dated: December 28, 2020

*/s/ Jonathan Pena\**
(*as authorized via e-mail on 12/16/20)
JONATHAN PENA
Attorney for Plaintiff

Dated: December 28, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **December 29, 2020**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2